IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:09CR3098 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM |
| BRANDON ALLEN MAUL, | ) | AND ORDER |
| | ) | |
| Defendant. | ) | |

I conferred with counsel by telephone today.  Mr. Esteves orally moved to withdraw and Mr. Reiman agreed to formally enter his appearance.  Therefore,

IT IS ORDERED that:

(1)     Mr. Esteves' oral motion to withdraw is granted.

(2)     Mr. Reiman is appointed to represent Mr. Maul in this case, as well as in Case No. 4:08CR3129.  The Federal Public Defender shall send Mr. Reiman a separate voucher for this case.

(3)     Mr. Reiman should enter his appearance in this case.

DATED this 3rd day of September, 2009.

BY THE COURT:

*Richard G. Kopf*
United States District Judge